Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Matthew A. Stone
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 2 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY JOSE LOPEZ,<br><br>Defendant. | 4:21-CR-6019-SAB<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924,<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about September 11, 2020, in the Eastern District of Washington, the Defendant, JOEY JOSE LOPEZ, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Glock 19, 9mm handgun, bearing serial number BGUV543, which firearm had theretofore

INDICTMENT – 1

been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, JOEY JOSE LOPEZ, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a Glock 19, 9mm caliber handgun, bearing serial number BGUV543.

DATED this 11th day of May, 2021.

A TRUE BILL

Foreperson

Joseph H. Harrington
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 2