# CHARGES AND PENALTIES

**CASE NAME:** Joey Jose Lopez     **CASE NO.** 4:21-CR-6019-SAB-1

**TOTAL # OF COUNTS:** 1     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG NMT 10 years; $250,000 fine, or both; 3 years supervised release; and a $100.00 special assessment. |
|  | 18 U.S.C. § 924 and 28 U.S.C. § 2461 | Forfeiture Allegations |  |