KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

<u>Attorney for:</u>
JOEY JOSE LOPEZ

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
**(Honorable Stanley A. Bastian)**

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JOEY JOSE LOPEZ,<br><br>                Defendant. | NO.   4:21-CR-6019-SAB-1<br><br>MOTION TO EXPEDITE<br><br>**January 18, 2023 at 6:30 PM**<br>**Richland, WA – Without Oral**<br>**Argument** |

TO:     CLERK OF THE COURT, EASTERN DISTRICT OF WASHINGTON
AND TO: STEPHANIE VAN MARTER, Assistant United States Attorney

      COMES NOW the Defendant, JOEY JOSE LOPEZ, by and through his attorney of record, Ken Therrien, and moves the Court to consider on an expedited basis, Defendant Joey Jose Lopez's Motion to Expedite Time of Hearing with regards to the Defendant's Motion and Declaration for Extension of Time to File Pretrial Motions.

      This motion is based upon the Declaration of Ken Therrien submitted with the Motion and Declaration for Extension of Time to File Pretrial Motions.

MOTION TO EXPEDITE
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Dated this 18th day of January, 2023.

        */s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Joey Jose Lopez
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on January 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Matthew Stone, Assistant United States Attorney
- Chad Mitchell, Attorney for Defendant

        *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Joey Jose Lopez
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION TO EXPEDITE
Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991