# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                             Plaintiff,<br>-vs-<br><br>JOEY JOSE LOPEZ,<br><br>                                            Defendant. | Case No.       4:21-CR-6019-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:         JUNE 21, 2023<br><br>LOCATION:  YAKIMA, WA<br><br>**SENTENCING HEARING** |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 03 | | Marilyn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Todd Swensen | | Kenneth Therrien | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**  Carrie Valencia | | | |

[X] **Open Court**          [ ] **Chambers**          [ ] **Telecon/Video**

Defendant present and in custody of the US Marshal.

Court addresses counsel. Court questions counsel regarding the recommendation. Why is it 5 years.

K. Therrien presents argument as to why.

Court addresses T. Swensen.

T. Swensen presents argument. The sentence is in combination with the Supervised Release.

Court continues sentencing. Court orders briefing from the government as to why this sentence is appropriate. Continue sentencing to July 25, 2023 at 9:30 am.

[ X ] **ORDER FORTHCOMING**

| CONVENED: 8:30 A.M. | ADJOURNED: 8:47 A.M. | TIME: 17 MIN. | CALENDARED     [ X ] |
|---|---|---|---|