<pre>
Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
</pre>

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY JOSE LOPEZ,<br><br>Defendant. | No. 4:21-CR-06019-SAB-1<br><br>Amendment to the Plea Agreement |

Plaintiff United States of America, by and through Vanessa R. Waldref, United States Attorney the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, and Defendant Joey Jose Lopez ("Defendant"), both individually and by and through Defendant's counsel, Kenneth D. Therrien, agree to the following Amendment to the Plea Agreement.

<u>Incarceration</u>

The parties may recommend any lawful sentence in this case as well as the pending supervised release matter. See, 18-CR-06017-EFS. This amendment will therefore amend the written plea agreement as to the incarceration section only.

AMENDMENT TO PLEA AGREEMENT - 1

Approvals and Signatures

Agreed and submitted on behalf of the United States Attorney's Office for the Eastern District of Washington.

Vanessa R. Waldref
United States Attorney

_____  07/20/2023
Stephanie Van Marter         Date
Assistant United States Attorney

I have read this Amendment to the Plea Agreement and have carefully reviewed and discussed every part of the agreement with my attorney. I understand and voluntarily enter into this Amendment to the Plea Agreement. Furthermore, I have consulted with my attorney about my rights, I understand those rights, and I am satisfied with the representation of my attorney in this case. No other promises or inducements have been made to me, other than those contained in this Amendment to the Plea Agreement and no one has threatened or forced me in any way to enter into this Amendment to the Plea Agreement.

_____  July-19-23
Joey Jose Lopez              Date
Defendant

I have read the Amendment to the Plea Agreement and have discussed the contents of the Amendment to the Plea Agreement with my client.

_____  7/19/23
Kenneth D. Therrien          Date
Attorney for Defendant

AMENDMENT TO PLEA AGREEMENT - 2