PROB 12C
(6/16)

Report Date: May 1, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Joey Jose Lopez | Case Number: 0980 4:21CR06019-RLP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇ College Place, Washington 99324 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: July 26, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm , 18 U.S.C. § 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | August 3, 2023 |
| Defense Attorney: | To be Assigned | Date Supervision Expires: | August 2, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/30/2024, 11/14/2024, and 03/27/2025. A warrant has been previously issued by the Court for Mr. Lopez.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Mr. Lopez is considered to be in violation of his conditions of supervised release by being in possession of ammunition, on or about November 25, 2024.

On April 30, 2025, the undersigned officer received information and a synopsis summary pursuant to Mr. Lopez's federal indictment filed on December 4, 2024, in Eastern District of Washington case number 4:24-CR-6033-RLP-1.

According to the the synopsis summary, on November 25, 2024, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) special agents and College Place Police Department(CPPD) officers executed a federal search warrant at Mr. Lopez's residence in College Place, Washington. Upon completion of the search, ATF and CPPD found

Prob12C
Re: Lopez, Joey Jose
May 1, 2025
Page 2

approximately 50 rounds of .22LR ammunition located concealed in a blue glove inside a shoe box in Mr. Lopez's bedroom, and 1 round of .45 caliber pistol ammunition under Mr. Lopez's bed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 1, 2025

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/8/2025

Date